**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SCOTT STALL,

Plaintiff,

vs. CV 00-1893 RHK/RLE

BURLINGTON NORTH RAILROAD
COMPANY ETC. etal,

Defendants.

**NOTICE OF JURY TRIAL**

A JURY TRIAL is scheduled for Monday, November 5, 2001, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #1, Duluth, Minnesota. All trial materials in accordance with the schedule as established in the order dated August 2, 2001.

October 4, 2001

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

OCT 04 2001
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____