**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SCOTT STALL

Plaintiff,

vs. CV 00-1983 RHK/RLE

BURLINGTON NORTHERN
RAILROAD COMPANY, ETAL

Defendants.

**NOTICE OF FINAL PRE TRIAL/STATUS CONFERENCE**

A Final Pre Trial/Status Conference is scheduled for WEDNESDAY, OCTOBER 31, 2001, at 2:30 PM, before Judge Richard H. Kyle, in Courtroom #1 in DULUTH, MINNESOTA.

October 15, 2001

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

OCT 15 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK