UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SCOTT STALL,

Plaintiff,

vs

CV 00-1893 RHK/RLE

BURLINGTON NORTHERN RAILROAD COMPANY, sued as Burlington Northern, SANTA FE RAILWAY COMPANY,

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 2, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED NOV 0 2 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK